UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Christopher James France | ) | CASE NUMBER: 20-03044dd |
| | ) | |
| American/Presumed Donor/ Beneficiary | ) ) | |
| | ) | NOTICE OF APPEAL |
| | ) ) ) ) ) | |

NOTICE OF APPEAL

The living man/Presumed Donor/Beneficiary, Christopher James France, appeals the decision of this court dated November twentieth, two thousand twenty to DENY liquidation of trust account and CEASE/DESIST confiscation of American private property. The American/presumed Donor/Beneficiary believes this court is in error, stating in support:

1. that Administrator David Duncan has ruled contrary to the clear evidence of this case
2. that the only way to enter evidence into a case is from the testimony of a living witness with first-hand knowledge and under oath
3. that the only credible witness in this case is me
4. that citations to cases or evidence outside of this case are hearsay

5. that references to fringe or unlawful movements such as "Sovereign Citizen" or "Redemption Theory" have no bearing on this case and are hearsay

6. that my Attestation of Facts in the Form of an Affidavit has not been repudiated via an Affidavit point by point from anyone living under full commercial and personal liability

7. that the Trustee is not a credible witness due to no first-hand or subject matter knowledge and is being removed from this case

8. that a maxim of law states that we are responsible for what we create, I did not create CHRISTOPHER JAMES FRANCE or CHRISTOPHER J FRANCE the government did when I was in my cradle, I voluntarily created this court so I could instruct how one Foreign Incorporated Entity (UNITED STATES BANKRUPTCY COURT) should handle the debt of the Incorporated Entity or Decedent Estate they created

9. that I sent a copy of this request to Linda Barr, Michael Conrady and Janet Haigler via CERTIFIED mail with a two-cent stamp and placing the public laws listed below in the upper right corner of letter. According to USPS statutes it would cost approximately $8 to send a CERTIFIED letter. These laws can also be used by court personnel reading this to send their holiday cards as regular letters. The USPS delivered it which is proof that Public Law overstands United States Corporate Statutes and Codes:

FIRST CLASS

NON DOMESTIC

WITHOUT PREJUDICE

USC 1-207 BK 12

STATUTES AT LARGE

CHAPTER 71. SEC. 23

37TH CONGRESS SESS. 111

WHEREFORE Presumed Donor/Beneficiary appeals the decision to DENY liquidation of trust account and CEASE/DESIST the taking of private property and moves this matter to a court of competent jurisdiction, even the United States Supreme Court if necessary, to order the liquidation of trust account to settle all claims without confiscating American private property.

RESPECTFULLY SUBMITTED,

Charleston, South Carolina

by: _____
Christopher James France
In care of: 1248 Logbook Lane
Mount Pleasant City, South Carolina
Near Postal Extension [29466]

Dated: 11/29/2020