UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION



FILED
at 8 O'clock & 27 min A.M.
DEC 11 2020
United States Bankruptcy Court
Columbia, South Carolina

| | |
|---|---|
| Christopher James France | CASE NUMBER: 20-03044dd |
| American/Presumed Donor/ Beneficiary | NOTICE OF APPEAL AMENDED |

## NOTICE OF APPEAL AMENDED

The living man/Presumed Donor/Beneficiary, Christopher James France, is appealing another order that has been entered since the initial Appeal notice. This NOTICE OF APPEAL AMENDED is appealing two orders. One order was entered 11.20.20 12:47:20 and the other on 12.03.20 10:04:12. The American/presumed Donor/Beneficiary believes this court is in error, stating in support:

1. that Administrator David Duncan has ruled contrary to the clear evidence of this case, including the facts-in-law recorded in my unrebutted Attestation of Fact in the Form of an Affidavit

2. that the only way to enter evidence into a case is from the testimony of a living witness with first-hand knowledge and under oath

3. that the only credible witness in this case is me

4. that citations to cases or evidence outside of this case are hearsay

5. that references to fringe or unlawful movements such as "Sovereign Citizen" or "Redemption Theory" have no bearing on this case and are hearsay

6. that the Trustee is not a credible witness due to no first-hand or subject matter knowledge and is being removed from this case

7. that a maxim of law states that we are responsible for what we create, I did not create CHRISTOPHER JAMES FRANCE the government did when I was in my cradle, the government created CHRISTOPHER J FRANCE in 2015 because of the bankruptcy of the United States, I voluntarily created this court so I could instruct how one Foreign Incorporated Entity (UNITED STATES BANKRUPTCY COURT) should handle the debt of the Incorporated Entity or Decedent Estate they created (CHRISTOPHER JAMES FRANCE and CHRISTOPHER J FRANCE)

8. That I entered into the record, Attestation of Fact in the Form of an Affidavit, on November 30, 2020 and Administrator Duncan dismissed my living testimony which is a violation of my rights

9. That I am told I cannot correct an error regarding my mail location

10. that no one living that would have cause to dispute any facts contained within the Attestation of Truth in the form of an Affidavit, has provided first-hand proof in the form of an Affidavit, signed under full commercial and personal liability within **ten (10) days** from receipt of the Attestation, the deadline to respond was Thursday December 10, 2020

WHEREFORE As the only Sovereign in this court, I appeal the decision to DENY liquidation of trust account, CEASE/DESIST the taking of American private property, dismissing my Attestation, and Removal of Trustee, and so moves this matter to a court of competent jurisdiction, even the United States Supreme Court if necessary, to order the liquidation of trust account to settle all claims without confiscating American private property.

RESPECTFULLY SUBMITTED,

Charleston, South Carolina

by: *[signature]*
Christopher James France
In care of: 1248 Logbook Lane
Mount Pleasant City, South Carolina
Near Postal Extension [29466]

Dated: December 9, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA



FILED
at ____ O'clock & ____ min ____ M

DEC 11 2020

United States Bankruptcy Court
Columbia, South Carolina

Christopher James France ) CASE NUMBER:
) 20-03044-dd
Presumed Donor/Claimant/Beneficiary )
)
)
)
)
) CERTIFICATE OF SERVICE
)
)

I do hereby Attest, Certify, Witness and Affirm that NOTICE OF APPEAL AMENDED, MEMORANDUM OPPOSING ORDER OF 12/3/2020, and DEMAND TO LIQUIDATE TRUST was sent via EMAIL and is absolutely true and correct to the best of my knowledge and belief:

Janet B. Haigler
jhaigler@haiglerlawfirm.com

Michael Conrady
mconrady@campbell-law-firm.com

Linda K. Barr
Linda.k.barr@usdoj.gov

John B. Kelchner
John.kelchner@hutchenslawfirm.com

Charleston, South Carolina

by: _____
Christopher James France
In care of: 1248 Logbook Lane
Mount Pleasant City, South Carolina
Near Postal Code Extension [29466]

Dated:
December 11, 2020